FENNEMORE CRAIG, P.C.
Ray K. Harris (No. 007408)
2394 East Camelback Road
Suite 600
Phoenix, AZ  85016-3429
Telephone:  (602) 916-5000
Email:  rharris@fclaw.com

Attorneys for Plaintiff
Automated Transactions LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Automated Transactions LLC, | No. 2:13-cv-00803-PHX-SLG |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| On Auk Mor Trade Center - CGI, | |
| Defendant. | |

Plaintiff notifies the Court it voluntarily dismisses this action under Fed. R. Civ. P. 41(a)(1)(A)(i).  The opposing party has not served an answer or motion for summary judgment.

DATED this 6th day of November, 2013.

FENNEMORE CRAIG, P.C.


By */s/Ray K. Harris*
Ray K. Harris
Attorneys for Plaintiff
Automated Transactions LLC